06-734

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:   William Webb    SBI#: 256056

06-734

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   November 28, 2006

FILED
DEC 0 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG

Scanned

Attached are copies of your inmate account statement for the months of
May 1, 2006   to   October 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 0 |
| June | 8.53 |
| July | 1.65 |
| Aug | 8.22 |
| Sept | 6.22 |
| Oct | 1.02 |

Average daily balances/6 months:   4.27

Attachments
CC: File

Stacy Shane
11/28/06

# Individual Statement - No Transactions This Month

Date Printed: 11/28/2006 | Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00256056 | Webb | William | | | |
| **Current Location:** | D/E | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($11.75)

# Individual Statement

Date Printed: 11/28/2006

## For Month of June 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |

Current Location: D/E    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 272720 | | 5/22/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 272726 | | 5/22/06 | |
| Visit | 6/7/2006 | $30.00 | $0.00 | $0.00 | $30.00 | 276397 | 47871792639-02828 | | E. WEBB |
| Supplies-MailP | 6/9/2006 | ($2.31) | $0.00 | $0.00 | $27.69 | 277701 | | 5/22/06 | |
| Supplies-MailP | 6/9/2006 | ($2.31) | $0.00 | $0.00 | $25.38 | 277699 | | 5/22/06 | |
| Canteen | 6/15/2006 | ($19.81) | $0.00 | $0.00 | $5.57 | 279808 | | | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.39) | $5.57 | 281041 | | 6/13/06 | |
| Canteen | 6/22/2006 | ($5.06) | $0.00 | $0.00 | $0.51 | 282527 | | | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($8.85) | $0.51 | 285688 | | 6.22/06 | |

Ending Mth Balance: **$0.51**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($11.75)

# Individual Statement

## For Month of July 2006

Date Printed: 11/28/2006                                          Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.51 | |
|---|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | | |
| Current Location: | D/E | | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.65) | $0.51 | 288890 | | | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($2.79) | $0.51 | 288972 | | | |
| Visit | 7/12/2006 | $6.00 | $0.00 | $0.00 | $6.51 | 290570 | 384814884S1-03S29 | 10/16/2005 | E. WEBB |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $6.12 | 294030 | | 7/1/06 6/13/06 | |
| Supplies-MailP | 7/19/2006 | ($6.12) | $0.00 | ($2.73) | $0.00 | 294297 | | 6.22/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($11.75)

# Individual Statement

Date Printed: 11/28/2006

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |

Current Location: D/E    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.78) | $0.00 | 307098 | | 8/9/06 | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 309913 | | 8/10/06 | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($5.00) | $0.00 | 309932 | | 8/16/06 | |
| Misc | 8/25/2006 | $7.88 | $0.00 | $0.00 | $7.88 | 310880 | 5240829 | | GRIEVANCE LOST PR |
| Misc | 8/25/2006 | $19.81 | $0.00 | $0.00 | $27.69 | 310883 | 5240829 | | GRIEVANCE LOST PR |
| Mail | 8/28/2006 | $20.00 | $0.00 | $0.00 | $47.69 | 311323 | 9311543134 | | C. WEBB |
| Canteen | 8/31/2006 | ($19.15) | $0.00 | $0.00 | $28.54 | 312608 | | | |

Ending Mth Balance: $28.54

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($11.75)

# Individual Statement

## For Month of September 2006

Date Printed: 11/28/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $28.54 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |
| Current Location: | D/E | | | Comments: QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.78) | $28.54 | 315817 | | 8/29/06 | |
| Canteen | 9/7/2006 | ($15.10) | $0.00 | $0.00 | $13.44 | 316153 | | | |
| Supplies-MailP | 9/8/2006 | ($0.78) | $0.00 | $0.00 | $12.66 | 317075 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $12.03 | 317175 | | 8/10/06 | |
| Supplies-MailP | 9/8/2006 | ($5.00) | $0.00 | $0.00 | $7.03 | 317190 | | 8/16/06 | |
| Supplies-MailP | 9/8/2006 | ($0.65) | $0.00 | $0.00 | $6.38 | 317328 | | 10/16/2005 | |
| Supplies-MailP | 9/8/2006 | ($2.73) | $0.00 | $0.00 | $3.65 | 317326 | | 6.22/06 | |
| Supplies-MailP | 9/8/2006 | ($2.79) | $0.00 | $0.00 | $0.86 | 317349 | | 7/1/06 | |
| Supplies-MailP | 9/8/2006 | ($0.78) | $0.00 | $0.00 | $0.08 | 317711 | | 8/29/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($0.63) | $0.08 | 322810 | | 9/15/06 | |

Ending Mth Balance: $0.08

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($11.75)

# Individual Statement

## For Month of October 2006

Date Printed: 11/28/2006    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.08 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |

Current Location: D/E    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.32) | $0.08 | 334397 | | 8/22/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.38) | $0.08 | 334426 | | 8/14/06 | |
| Supplies-MailP | 10/19/2006 | ($0.08) | $0.00 | ($0.39) | $0.08 | 334430 | | 9/27/06 | |
| Supplies-MailP | 10/20/2006 | $0.00 | $0.00 | ($0.55) | $0.00 | 335638 | | 9/15/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 337413 | | 10/20/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 337414 | | 10/20/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 337485 | | 10/18/06 | |
| Mail | 10/25/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 337922 | 08519643046 | | E WEBB |
| Canteen | 10/26/2006 | ($18.34) | $0.00 | $0.00 | $1.66 | 338222 | | | |

Ending Mth Balance: $1.66

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($11.75)

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

William Joseph Webb Jr.,
_____
Plaintiff

V.

Gov. Ruth Ann Minner,
Wr. R. Williams, Dir. DHSS, Jayme Rivera, Newton,
Comm. Staylor, Cg. City pl. Insp. Marilyn Newton,
M. Super, William Joseph Webb Jr.
P. Priceo
John and
Jane Doe(s)
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED DEC 0 5 2006    RG scanned

CASE NUMBER: 0 6 - 7 3 4

I, William Joseph Webb Jr. declare that I am the (check appropriate box)

• Petitioner  ⊗ Plaintiff  • Movant  • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ⊗ Yes   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center

   **Inmate Identification Number (Required):** 00256055

   Are you employed at the institution?  No   Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   ⊗ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   February 20, 2005 @ 32¢ an hour  D.C.C. Kitchen 1181 Paddock Road

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   • • Yes   ⊗ No
   b. Rent payments, interest or dividends            • • Yes   ⊗ No
   c. Pensions, annuities or life insurance payments  • • Yes   ⊗ No
   d. Disability or workers compensation payments     • • Yes   ⊗ No
   e. Gifts or inheritances                           ⊗ Yes    • • No
   f. Any other sources                               • • Yes   ⊗ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   For Commissary, @ $20.00, occasionally; don't expect any.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   • • Yes   ☒ No

   If "Yes" state the total amount $ N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   • • Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   Gabrielle Lee Webb
   William Joseph Webb III rd        owe about $40,000 in child support.

I declare under penalty of perjury that the above information is true and correct.

December 8, 2006                    William Joseph Webb
_____                   _____
DATE                                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.