

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED

DEC 0 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

(1) __William J. Webb Jr.__  __00256056__
(Name of Plaintiff)        (Inmate Number)

DE F1911/81 Paddock Road  Smyrna, DE 19977
(Complete Address with zip code)

06 - 734

(2)_____
(Name of Plaintiff)        (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) __Governor Ruth Ann Minner__
(2) __Director D.H.S.S, Jaime H Rivera__
(3) __Chief City Plumbing Inspector Marvin Neitor__   · · Jury Trial Requested
(Names of Defendants)
(4) __Warden Rafael Williams__
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)
(5) __Commissioner Stanley W. Taylor.__          (Sued in Official
(6) __Maintenance Supervisor Paul Paceco (Retired)__   and individual
I.   **PREVIOUS LAWSUITS**      (7) John and Jane Doe(s)   Defendants.  Capacities.)

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

__02-581-GMS__  __William J. Webb Jr. v. Atty. Gen's Off,__
__Et, Al. ·__

_____

_____

_____

_____

_____

_____

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?  • ✓ Yes  • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  • ✓ Yes  • • No

C.    If your answer to "B" is Yes:

1. What steps did you take? _I/M Daniel M. Woody filed a grievance related to this litigation and Contacted Ninegs authorities, also sent a letter to the Governor, also myself._

2. What was the result? _Negative and no response._

D.    If your answer to "B" is No, explain why not: _N/A_

III.   **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Governor Ruth Ann Minner_

Employed as _Governor_ at _State of Delaware_

Mailing address with zip code: _Governor's Mansion  Dover, DE 19503_

(2) Name of second defendant: _Jaime H. Rivera_

Employed as _Director_ at _Delaware Health and Social Services_

Mailing address with zip code: _P.O. Box 637  Dover, DE 19903_

(3) Name of third defendant: _Marvin Newton_

Employed as _Chief Plumbing Inspector_ at _City of Wilmington_

Mailing address with zip code: _800 North French Street  Wilmington, DE 19801_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. * Governor Ruth Ann Minner has been advised of the contaminated water lines at the former Gander Hill Prison and has failed Her duty to protect the safety of inmates from a serious public health hazard.

2. * Director Jaime Rivera had been advised of the contaminated water lines at the former Gander Hill Prison and has failed Her duty to protect the safety of inmates from a serious public health hazard.

3. * Chief Plumbing Inspector Marvin Newton has been advised of the contaminated water lines at the former Gander Hill Prison and has failed to protect along with performing duty to go into the prison where the safety of inmates are concerned with a serious public health hazard.

4. * Warden Rafael Williams has been advised of the contaminated water lines at the facility under His control and has failed and neglected His duty to protect the safety of inmates from a serious public health hazard.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Compensatory damages, punitive damages, and Court costs/including appeals and attorney's fees for William Webb being exposed to lead poisoning/contamination.

3

2. An injunction order for rehabilitation and medical costs for those who need it, along with immediate testing on those according to records was and are still housed in Dorms 1 and 2 for lead poisoning/Contamination; along with compensation or permanent health care.

3. An injunction order to have all contaminated water lines removed from Dorms 1 and 2.

_____

_____

4. A preliminary injunction ordered for William J. Webb Jr. to be transferred to an outside hospital for completion of his testing due to the current medical problems within Delaware's institutions.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___8th___ day of ___December___, 2006

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Defendants (cont'd):

(4) Name of fourth defendant: Warden Rafael Williams

Employed as Warden at H. R. Y. C. I.

Mailing address with Zip Code: 1301 E. 12th Str Wilm, DE 19809

(5) Name of fifth defendant: Stanley W. Taylor

Employed as Commissioner at Department of Corrections

Mailing address with Zip Code: 245 McKee Road Dover, DE 19903

(6) Name of sixth defendant: Paul Piceco (retired)

Employed as Maintenance Supervisor at H. R. Y. C. I.

Mailing address with zipcode: 1301 E. 12th St. Wilm, DE 19809

(7) Name of seventh defendant: John and Jane Doe(s).

Employment unknown

Mailing address with zipcode (s) will not become available

until completion of discovery.

— 5 —

Statement of Claim (cont'd)

5. Commissioner Stanley Taylor has been advised of the Contaminated water lines of the former Gander Hill Prison as well as the materials used to contaminate the Water and has failed and neglected His duty to protect the Safety of inmates under His care from a serious public health hazard.

6. Maintenance Supervisor Paul Pasco was the overseer of the construction of Dorms 1 and 2 of the former Gander Hill Prison who forced Daniel M. Woods to use 50/50 solder that contaminated the Water lines knowingly and intelligently after Danielle M. Woods informed Him that this was unlawful by Delaware Building Code Standards.

7. John and Jane Doe(s) have been informed directly or nondirectly of contaminated water lines at the former Gander Hill Prison and have failed and neglected their public and civil duty to protect the Safety of inmates within their care or a fellow citizen from a serious public health hazard.

— 6 —