OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 6, 2006

TO: William Joseph Webb, Jr.
SBI #256056
DCC

**RE: New Complaint Received - Civil Action 06-734 UNA
William Joseph Webb v. Governor Ruth Ann Minner
et.al.**

Dear Mr. Webb:

    We are in receipt of a new civil action submitted by you, to which we have assigned Civil Action Number 06-734 (Not yet assigned to a District Court Judge). Please be advised that your complaint and IFP application do not contain a date of completion or an original signature. Please <u>sign and date</u> the enclosed copies of your complaint and IFP and return them to the Clerk's Office within 20 days.

    Once your case is assigned to a District Court judge, a determination will be made as to your standing to proceed as a pauper. If this status is granted, **pursuant to an Order**, you will then be responsible to provide sufficient copies of the Complaint and Order (one for **each** named defendant to be served) and USM 285 Marshal's Service forms to effect service.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: CA 06-734 UNA



(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

FILED
DEC 0 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

(1) __William J. Webb Jr.__  __00256056__
    (Name of Plaintiff)        (Inmate Number)

__D/E Fr 1/181 Paddock Road Smyrna, DE 19977__
(Complete Address with zip code)

(2) _____  _____
    (Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

06-734

(Case Number)
(to be assigned by U.S. District Court)

vs.

(1) __Governor Ruth Ann Minner__
(2) __Director D.H.S.S., Jaime H Rivera__
(3) __Chief City Plumbing Inspector Marvin Newton__
   (Names of Defendants)
(4) __Warden Rafael Williams__
(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)
(5) __Commissioner Stanley W. Taylor__
(6) __Maintenance Supervisor Paul Paceco (Retired)__
(7) __John and Jane Doe(s)__ Defendants.

**CIVIL COMPLAINT**

** Jury Trial Requested

(Sued in Official and individual capacities.)

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case numbers including year, as well as the name of the judicial officer to whom it was assigned:

__02-581-GMS    William J. Webb Jr. v. Atty. Gen's Off__
__Et. Al.'s__
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? •✓Yes • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? •✓Yes • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I/M Daniel M. Woody filed a grievance related to this litigation and contacted Nurses, authorities, also sent a letter to the Governor, also myself.

2. What was the result? Negative and no response.

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Governor Ruth Ann Minner
Employed as Governor at State of Delaware
Mailing address with zip code: Governor's Mansion Dover, DE 19903

(2) Name of second defendant: Jaime H. Rivera
Employed as Director at Delaware Health and Social Services
Mailing address with zip code: P.O. Box 637 Dover, DE 19903

(3) Name of third defendant: Marvin Newton
Employed as Chief Plumbing Inspector at City of Wilmington
Mailing address with zip code: 800 North French Street Wilmington, DE 19801

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.* Governor Ruth Ann Minner has been advised of the contaminated water lines at the former Gander Hill Prison and has failed Her duty to protect the safety of inmates from a serious public health hazard.

2.* Director Jaime Rivera had been advised of the contaminated water lines at the former Gander Hill Prison and has failed Her duty to protect the safety of inmates from a serious public health hazard.

3.* Chief Plumbing Inspector Marvin Newton has been advised of the contaminated water lines at the former Gander Hill Prison and has failed to protect along with performing His duty to go into the prison where the safety of inmates are concerned with a serious public health hazard.

4.* Warden Rafael Williams has been advised of the contaminated water lines at the facility under His control and has failed and neglected His duty to protect the safety of inmates from a serious public health hazard.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Compensatory damages, punitive damages, and Court costs, including appeals and attorney's fees for William Webb being exposed to lead poisoning/contamination.

3

2. An injunction order for rehabilitation and medical costs for those who need it, along with immediate testing on those according to records was and are still housed in Dorms 1 and 2 for lead poisoning/contamination; along with compensation or permanent health care.

3. An injunction order to have all contaminated water lines removed from Dorms 1 and 2.

4. A preliminary injunction ordered for William J. Webb Jr. to be transferred to an outside hospital for completion of his testing due to the current medical problems within Delaware's institutions.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2_____.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Defendants (cont'd):

(4) Name of fourth defendant: Warden Rafael Williams

   Employed as Warden at H.R.Y.C.I.

   Mailing address with Zip Code: 1301 E. 12th St. Wilm., DE 19809

(5) Name of fifth defendant: Stanley W. Taylor

   Employed as Commissioner at Department of Corrections

   Mailing address with Zip Code: 245 McKee Road Dover, DR 19903

(6) Name of sixth defendant: Paul Pacceo (retired)

   Employed as Maintenance Supervisor at H.R.Y.C.I.

   Mailing address with zipcode: 1301 E. 12th St. Wilm., DE 19809

(7) Name of seventh defendant: John and Jane Doe(s).

   Employment unknown

   Mailing address with zipcode (s) will not become available until completion of discovery.

Statement of Claim (cont'd)

5. Commissioner Stanley Taylor has been advised of the contaminated water lines of the former Gander Hill Prison as well as the materials used to contaminate the water and has failed and neglected his duty to protect the safety of inmates under his care from a serious public health hazard.

6. Maintenance Supervisor Paul Pacello was the overseer of the construction of Dorms 1 and 2 of the former Gander Hill Prison who forced Daniel M. Woods to use 50/50 solder that contaminated the water lines knowingly and intelligently after Danielle M. Woods informed him that this was unlawful by Delaware Building Code Standards.

7. John and Jane Doe(s) have been informed directly or nondirectly of contaminated water lines at the former Gander Hill Prison and have failed and neglected their public and civil duty to protect the safety of inmates within their care or a fellow citizen from a serious public health hazard.

— 6 —

William Webb Sr
256056
D/E F17
1181 Paddock Road
Smyrna, DE 19977

Clerk of the U.S. Dist Ct. for DE
844 King Street
Wilmington, DE 19801

"Legal Mail"

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

William Joseph Webb Jr.
_____
Plaintiff
V.
Gov. Ruth Ann Minner,
War. R. Williams, Dir. DHSS Defendant(s) Jaime Rivera, Newton,
Comm. Taylor, Cq. City Pl. Insp. Marvin Newton,
M. Super. I, William Joseph Webb Jr.
P. Preeco
John and
Jane Does

FILED DEC 0 5 2006

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

RG scanned

CASE NUMBER: 0 6 - 7 3 4

_____ declare that I am the (check appropriate box)

• Petitioner /(Plaintiff)/ Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center

   **Inmate Identification Number (Required):** 00256055

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?   • • Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   February 20, 2005 @ 32¢ an hour   D.C.C. Kitchen 1181 Paddock Road

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • | ☒ |
   | b. | Rent payments, interest or dividends | • • | ☒ |
   | c. | Pensions, annuities or life insurance payments | • • | ☒ |
   | d. | Disability or workers compensation payments | • • | ☒ |
   | e. | Gifts or inheritances | ☒ | • • |
   | f. | Any other sources | • • | ☒ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   For Commissary, @ $20.00, occassionally; don't expect any.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

---

4. Do you have any cash or checking or savings accounts?  ·· Yes  ✗ No

   If "Yes" state the total amount $ _N/A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ·· Yes  ✗ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   Gabrielle Lee Webb ⟶ owe about $40,000
   William Joseph Webb III rd ⟶ in child support.

I declare under penalty of perjury that the above information is true and correct.

_____           _____
DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

06-734

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: William Webb    SBI#: 256056

06-734

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   November 28, 2006

DEC 0 5 2006

Attached are copies of your inmate account statement for the months of
May 1, 2006    to    October 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 0 |
| June | 8.53 |
| July | 1.65 |
| Aug | 8.22 |
| Sept | 6.22 |
| Oct | 1.02 |

Average daily balances/6 months: 4.27

Attachments
CC: File

Stacy Shane
11/28/06

## Individual Statement - No Transactions This Month

Date Printed: 11/28/2006                                                                 Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00256056 | Webb | William | | | |
| Current Location: | D/E | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold:   $0.00

Total Amount Currently on Non-Medical Hold:   ($11.75)

# Individual Statement

## For Month of June 2006

Date Printed: 11/28/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |

Current Location: D/E  Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 272720 | | 5/22/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 272726 | | 5/22/06 | |
| Visit | 6/7/2006 | $30.00 | $0.00 | $0.00 | $30.00 | 276397 | 47871792639-02828 | | E. WEBB |
| Supplies-MailP | 6/9/2006 | ($2.31) | $0.00 | $0.00 | $27.69 | 277701 | | 5/22/06 | |
| Supplies-MailP | 6/9/2006 | ($2.31) | $0.00 | $0.00 | $25.38 | 277699 | | 5/22/06 | |
| Canteen | 6/15/2006 | ($19.81) | $0.00 | $0.00 | $5.57 | 279808 | | | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.39) | $5.57 | 281041 | | 6/13/06 | |
| Canteen | 6/22/2006 | ($5.06) | $0.00 | $0.00 | $0.51 | 282527 | | | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($8.85) | $0.51 | 285688 | | 6.22/06 | |

Ending Mth Balance: $0.51

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($11.75)

# Individual Statement

## For Month of July 2006

Date Printed: 11/28/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.51 | |
|---|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | | |
| Current Location: | D/E | | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.65) | $0.51 | 288890 | | 10/16/2005 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($2.79) | $0.51 | 288972 | | 7/1/06 | |
| Visit | 7/12/2006 | $6.00 | $0.00 | $0.00 | $6.51 | 290570 | 08481488451-03529 | | E. WEBB |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $6.12 | 294030 | | 6/13/06 | |
| Supplies-MailP | 7/19/2006 | ($6.12) | $0.00 | ($2.73) | $0.00 | 294297 | | 6.22/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: ($11.75)

# Individual Statement

Date Printed: 11/28/2006                                            Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |

Current Location: D/E        Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.78) | $0.00 | 307098 | | | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 309913 | | | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($5.00) | $0.00 | 309932 | | | |
| Misc | 8/25/2006 | $7.88 | $0.00 | $0.00 | $7.88 | 310880 | 5240829 | 8/9/06 | GRIEVANCE LOST PR |
| Misc | 8/25/2006 | $19.81 | $0.00 | $0.00 | $27.69 | 310883 | 5240829 | 8/10/06 | GRIEVANCE LOST PR |
| Mail | 8/28/2006 | $20.00 | $0.00 | $0.00 | $47.69 | 311323 | 93115431134 | 8/16/06 | C. WEBB |
| Canteen | 8/31/2006 | ($19.15) | $0.00 | $0.00 | $28.54 | 312608 | | | |

Ending Mth Balance: $28.54

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($11.75)

# Individual Statement
## For Month of September 2006

Date Printed: 11/28/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $28.54 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |

Current Location: D/E       Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.78) | $28.54 | 315817 | | 8/29/06 | |
| Canteen | 9/7/2006 | ($15.10) | $0.00 | $0.00 | $13.44 | 316153 | | | |
| Supplies-MailP | 9/8/2006 | ($0.78) | $0.00 | $0.00 | $12.66 | 317075 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $12.03 | 317175 | | 8/10/06 | |
| Supplies-MailP | 9/8/2006 | ($5.00) | $0.00 | $0.00 | $7.03 | 317190 | | 8/16/06 | |
| Supplies-MailP | 9/8/2006 | ($0.65) | $0.00 | $0.00 | $6.38 | 317328 | | 10/16/2005 | |
| Supplies-MailP | 9/8/2006 | ($2.73) | $0.00 | $0.00 | $3.65 | 317326 | | 6.22/06 | |
| Supplies-MailP | 9/8/2006 | ($2.79) | $0.00 | $0.00 | $0.86 | 317349 | | 7/1/06 | |
| Supplies-MailP | 9/8/2006 | ($0.78) | $0.00 | $0.00 | $0.08 | 317711 | | 8/29/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($0.63) | $0.08 | 322810 | | 9/15/06 | |

Ending Mth Balance: $0.08

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($11.75)

# Individual Statement

Date Printed: 11/28/2006

## For Month of October 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.08 | |
|---|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | | |
| Current Location: | D/E | | Comments: | QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.32) | $0.08 | 334397 | | 8/22/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.38) | $0.08 | 334426 | | 8/14/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.39) | $0.08 | 334430 | | 9/27/06 | |
| Supplies-MailP | 10/20/2006 | ($0.08) | $0.00 | ($0.55) | $0.00 | 335638 | | 9/15/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 337413 | | 10/20/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 337414 | | 10/20/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 337485 | | 10/18/06 | |
| Mail | 10/25/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 337922 | 08519643046 | | E WEBB |
| Canteen | 10/26/2006 | ($18.34) | $0.00 | $0.00 | $1.66 | 338222 | | | |

Ending Mth Balance: $1.66

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($11.75)