To: Peter Dalleo, Clerk of the Court

From: William Joseph Webb Jr.

# 00256056 / D/R F/7

1181 Paddock Road

Smyrna, DE 19977

Case: 06-CV-00734 — Unassigned.

December 8, 2006



FILED
DEC 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

I have signed and dated the enclosed papers. Thank you for the prompt response in filing and have a happy holidays!

Respectfully,

William Joseph Webb Jr.

Case 1:06-cv-00734-GMS    Document 5    Filed 12/11/2006    Page 2 of 2


