IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM JOSEPH WEBB, JR.,           )
                                    )
        Plaintiff,                  )
                                    )
    v.                              ) Civil Action No. 06-734 GMS
                                    )
GOVERNOR RUTH ANN MINNER,           )
DIRECTOR JAIME H. RIVERA,           )
CHIEF MARVIN NEWTON, WARDEN         )
RAFAEL WILLIAMS, COMM. STANLEY      )
W. TAYLOR, SUPERVISOR PAUL          )
PACECO, JANE DOE(S), AND            )
JOHN DOE(S),                        )
                                    )
        Defendants.                 )

**AUTHORIZATION**

I, William Joseph Webb, Jr., SBI #256056 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $3.45 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated January 19, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody

I may be transferred.

Date: *January* _____, 200*7*.

                                             _____
                                             Signature of Plaintiff

I/M William J. Webb Jr.
SBI# 00256056 UNIT D/E F17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

William U.S. District Court Clerk's Office
844 King Street
Wilmington, DE
17801

$00.39 FEB 03 2007
MAILED FROM ZIPCODE 19977