To: Clerk of the U.S. Dist. Ct. for DE

Fr: William J. Webb Jr.
#256056 / D/E F17T
1181 Paddock Road
Smyrna, DE 19977

Subject: Filing of Amended Complaint and notice of receipt.

Case #: Civ. Act. No. 06-CV-00734-GMS

May 29, 2007

Dear Clerk,

Please find the enclosed Amended Complaint and please send notification of receipt.

Thank You for your time and previous prompt responses.

FILED
MAY 31 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully
William J. Webb Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**William J. Webb Jr. #256056**
**Plaintiff,**

**v.**

**Governor Ruth Ann Minner,**
**Atty. Gen. Carl Danberg,**
**Correctional Medical Services,**
**Director D.H.S.S. Jaime H. Rivera,**
**Chief City Plumbing Inspector Marvin Newton,**
**Deputy Warden Rafael Williams,**
**Commissioner Stanley W. Taylor,**
**Maintenance Supervisor Paul Paceco (Retired),**
**John and Jane Doe(s),**
**and Warden Sherese Carr,**
**Defendants.**
**(Sued in official and individual capacities.)**

**CIV. ACT. NO.**
**06-CV-00734-GMS**

**AMENDED COMPLAINT CAPTION PAGE**

**<u>AMENDED COMPLAINT CAPTION PAGE.</u>**

FILED
MAY 3 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Rev.S/0-)

FORM TO BE USED BY A PRISONER IN FILINC A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) William J. Webb Jr. #256056
(Name of Plaintiff) (Inmate Number)

D/EF17 1181 Paddock Road
Smyrna,DE 19977
(Complete Address with zip code)

(2)
(Name of Plaintiff) (Inmate Number)

(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

VS

(1) Governor Ruth Ann Minner,

(2) Attorney Gen. Carl Danberg,

(3) CMS, - REFER CAPTION PAGE,
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

06-CV-00734-GMS
(Case Number)
(to be assigned by U.S. District Court)

**AMENDED**

**CIVIL COMPLAINT**

**Jury Trial Requested**

**I. PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

02-581-GMS W.WEBB V. ATTY. GEN.'S OFFICE ET. AL.

## II. EXHAUSTION OF ADNIINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? I/M Daniel M. Woods filed a grievance related to this litigation and contacted numerous authorities, Carl Danberg and Stan Taylor received a copy of Woods' Civil complaint and still failed to do anything, finally I/M Woods and Webb filed a letter with the Governor's Office.

2. What was the result? All negative or failed to respond and act on a serious health hazard.

D. If your answer to "B" is No, explain why not: n/a

## III DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Governor Ruth Ann Minner

Employed as Governor at State of Delaware

Mailing address with zip code: Tatnall Bldg. William Penn St., Dover, DE 19901

(2) Name of second defendant: Attorney Gen. Carl Danberg

Employed as Attorney General at State of Delaware

Mailing address with zip code: 820 North French Street, Wilm., DE 19801

(3) Name of third defendant: Correctional Medical Services

Employed as Medical provider at Delaware Department of Corrections-DCC

Mailing address with zip code: 1201CollegePark DrSte.101,Dover,DE19904

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

REFER PAGE 5

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On April 29, 2006, Plaintiff alleges that He sent official notice to Gov. Ruth Ann Minner that during a period in the year of 1997 He was housed in Dorm 1 of the former Gander Hill Prison where a week prior to sending the letter, Plaintiff found evidence that the Dorms 1 and 2's water lines were intentionally contaminated by 50/50 lead solder by Paul Paceco by forcing I/M Woods to use such solder. Governor Ruth Ann Minner was advised of the contaminated water lines at the former Gander Hill Prison and has failed Her duty as the Governor and a citizen of the State of Delaware to protect the safety of inmates from a serious public health hazard being lead poisoning/ contaminated water lines.

2. In August 2005,again on April 26, 2006,and again on August 29, 2006, Director Jaime H. Rivera was advised of the contaminated water lines at the former Gander Hill Prison and has failed His duty as the director of D.H.S.S. and a citizen to protect the safety of inmates from a serious public health hazard being lead poisoning/contaminated water lines.

3. On August 25,2005, and May 16, 2006 Marvin Newton received a copy of a letter from Jaime Rivera concerning contaminated water lines at the former Gander Hill Prison and has failed His duty to shut down those dorms due to their occupancy do not contain official occupancy certificates and certificate of inspection as required by state and federal laws, along with after being notified, He failed His duty as the Chief Plumbing Inspector and a citizen to protect the safety of inmates from a serious public health hazard being lead poisoning/contaminated water lines.

REFER PAGE 6.

V. ***RELIEF***

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Compensatory damages, punitive damages, and Court costs/including appeals, attorney fees for William Webb being exposed to lead poisoning/ contamination per defendant in their individual and official capacities.

2. An injunction order for rehabilitation and medical costs for those who need it, along with immediate testing on those who need it, along with immediate testing on those according to records were and are still housed in Dorms 1 and 2 for lead poisoning/contamination; along with compensation or permanent health care.

3. An injunction order to have all contaminated water lines removed from Dorms 1 and 2; along with all inmates being immediately rehoused until the D.O.C. gets the proper certificates of inspection and occupancy as required by State and Federal Laws.

4. A preliminary injuction ordered for William J. Webb Jr. to be transferred to an outside hospital for completion of His testing due to the current medical problems within Delaware's institutions and that it is a conflict of interest where a civil complaint is pending against the same medical company filed by the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29th day of May, 2007.

William J. Webb Jr.
(Signature of Plaintiff 1)

______________________
(Signature of Plaintiff 2)

______________________
(Signature of Plaintiff 3)

(4) Name of fourth defendant: Jaime H. Rivera
Employed as Director at Delaware Health and Social Services
Mailing address with zip code: P.O. Box 637 Dover, DE 19903

(5) Name of fifth defendant: Marvin Newton
Employed as Chief Plumbing Inspector at City of Wilmington
Mailing address with zip code: 800 North French Street Wilmington, DE 19801

(6) Name of sixth defendant: Deputy Warden Rafael Williams
Employed as Warden at H.R.Y.C.I.
Mailing address with zip code: 1301 E. 12th St. Wilmington, DE 19809

(7) Name of seventh defendant: Stanley W. Taylor
Employed as Commissioner at Department of Corrections
Mailing address with zip code: 245 McKee Road Dover, DE 19903

(8) Name of eighth defendant: Paul Paceco
Employed as Maintenance Supervisor at H.R.Y.C.I.
Mailing address with zip code: 1301 E. 12th St. Wilmington, DE 19809

(9) Name of ninth defendant: John and Jane Doe(s)
Employment Unknown
Mailing address with zip code(s): Will not become available until completion of discovery.

(10) Name of tenth defendant: Warden Sherese Carr
Employed as Warden at Gander Hill Prison
Mailing address with zip code: 1301 E. 12th St. Wilmington, DE 19809

STATEMENT OF CLAIM (CONT'D):

4. On April 27, 2006, Warden Raphael Williams received a copy of a civil complaint against Him by I/Ms Darren Seawright and Daniel M. woods, after receiving said complaint against Him , He failed his duty as the Warden of the former Gander Hill Prison and a citizen to protect the safety of inmates from a serious public health hazard being lead poisoning/contaminated water lines, at the time Plaintiff was housed in this facility from February 23, 1997, until February 5, 1998, Raphael Williams was the acting Deputy Warden and Sherese Carr was the acting Warden. His failure to notify Plaintiff has caused damage to Plaintiff's body and possibly even brain shrinkage which would have caused Plaintiff to commit criminal activities which he would have not normally committed.

5. On April 27, 2006, Attorney General Carl Danberg received a copy of a civil complaint against the State of Delaware that the health and safety of inmates under the State's care were being housed in a serious safety condition being lead poisoning/water contaminated areas of the former Gander Hill Prison being Dorms 1 and 2, He failed his duty as the Attorney general and a citizen to protect the safety of inmates from a serious public health hazard being lead poisoning/contaminated water lines. Even furthermore, He failed His obligation to make a public notice in the newspaper that inmates housed in those dorms should be tested for the symptoms/side effects of lead poisoning.

6. Between 1997 and 1998, Warden Sherese Carr failed to obtain the necessary permits for new construction at the former Gander Hill Prison facility in her control, where the original dorms were transformed into the Key Program which it is still being occupied by a federally funded program that inmates are still being contaminated with long time exposure of lead poisoned water lines that were originally put in place between the years of 1994 and 1995 by the D.O.C. She failed Her duty to follow the State and Federal Laws, also D.O.C. Procedure 8.55 to receive both certificates of inspection and occupancy by the City of Wilmington, if She had done these procedures, the lead poisoned water lines would have been discovered and Plaintiff notified to get immediate medical care for the symptoms/side effects of lead poisoning in which he has been suffering some of the side effects.

7. On August 3, 2006, Plaintiff filed a sick call slip with Correctional Medical Services to be tested for lead levels and other tests including an ultrasound on His Liver, the only test performed was blood taken from the Plaintiff and the results never shared with Plaintiff. By not sharing the results and doing other tests to see if Plaintiff was suffering from other effects of lead contamination such as deterioration in bone joints, shrinking brain, and mental defects which could lead to unwanted criminal behaviors that Plaintiff had no control over, Correctional Medical Services deprived Plaintiff of adequate medical care and created a deliberate indifference to Plaintiff's serious medical needs just to save money where there are treatments available for lead poisoning.

8. During the original construction of Dorms 1 and 2 at the former Gander Hill Prison, Maintenance Supervisor Paul Paceco forced inmate, (by threatening to fire Him from His job), Daniel M. Woods to use 50/50 lead solder on all of the water lines in violation of State Plumbing Code § 605.15.4 requiring the use of lead free (less than .2%) solder on water lines and E.P.A. (Environmental Protection Agency) standards, by doing this action Paceco failed His duty to uphold the State and Federal Laws to use legally qualified materials and obtain the necessary permits before starting new construction at any facility or building in the State of Delaware including State owned buildings, these actions have resulted in a serious health hazard to inmates under the State's care especially where the Plaintiff used those water lines

**STATEMENT OF CLAIM (CONT'D)**

        during the months of March 1997 until late December 1997. The Plaintiff didn't know or could not have known of these violations until meeting I/M Daniel M. Woods during the month of April 2006. Even further, Paceco failed His duty as Maintenance Supervisor and a citizen to protect inmates from a serious health hazard being lead poisoning/contaminated water lines. Paceco was the overseer over this construction who did these actions knowingly and intelligently after Daniel M. Woods informed Him that this was unlawful by Delaware building code standards.

9. Between the months of May and June 2006, Plaintiff gave Commissioner Stanley Taylor official notice that the Dorms 1 and 2 contained contaminated water lines. Stanley Taylor didn't respond much less do anything about the situation at the former Gander Hill Prison, even until this present day nothing is being done to protect the safety of inmates from a serious health hazard in violation of State and Federal Laws. By Stanley Taylor not performing His duty as Commissioner and a citizen, Plaintiff's health is deteriorating by these failures.

10. John and Jane Doe(s) have been informed directly or indirectly of contaminated water lines at the former Gander Hill Prison and have failed and/or neglected their public and civil duties to protect the safety of inmates within their care and/or fellow citizens from a serious public health hazard being lead poisoning/contaminated water lines. Their failures have deprived the Plaintiff his opportunity to have the proper tests performed to see if the ailment He is suffering is the result of the lead poisoning which is treatable.

I/M: William J. Webb Jr.
SBI# 256056 UNIT D/E F17T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$ 04.60
02 1A
0004608975 MAY 30 2007
MAILED FROM ZIP CODE 19977

Clerk of the U.S. Dist. Ct. for DE
844 King Street
Lock Box 18
Wilmington, DE
19801

"Legal Mail"