To: Clerk of the U.S. Dist. Ct. for DE

Fr: William J. Webb Jr.
   # 256056 / D/E F14B
   1181 Paddock Road
   Smyrna, DE 19977



Subject: Complete Copy of record of cases under 28 U.S.C. § 2250

Case #s: 02-583-GMS, 06-734-GMS, and 07-31-GMS.

Dear Clerk,

   I need a complete copy of the cases listed above due to the recent actions of the D.O.C. which has left me without copies of the records that I need for further litigation purposes.

   Also, I need an updated docket sheet.

Respectfully,
William Joseph Webb Jr.