To: Clerk of the U.S. Dist. Ct. for DE

Fr: William Joseph Webb Jr.
# 256056 / 17 SHU C12L
1181 Paddock Road
Smyrna, DE 19977

Re: Marshall Forms Waivers.

Case #: 06-734-GMS

January 15, 2008



Dear Clerk,

I received a letter from you that all of the USM-285 forms were received at your office, but I haven't received the copies stating that they were executed. Can you please send them at your earliest convenience.

Thank you and have a nice day.

Respectfully,
William Joseph Webb Jr.