To: Clerk of the United States District Court for Delaware

Fr: William Joseph Webb Jr.

#00256056 / 17 SHU C12L

1181 Paddock Road

Smyrna, DE 19977

Re: USM-285 Forms being refiled with correct addresses.

Case #: 06-734-GMS

February 8, 2008



Dear Clerk,

Please find the enclosed and notify me of receipt.

Thank you and have a nice day,

Respectfully,

Will Joseph Webb Jr.

I/M: William Joseph Webb Jr.
SBI# 00256035    UNIT 17 SHU C12L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of the U.S. District Court for Delaware
844 King Street
Lockbox 18
Wilmington, DE
19801