In The United States District Court
For The District of Delaware

William Joseph Webb Jr.,

    Plaintiff,

v.

Warden Rafael Williams,

Warden Shevese Carr (former),

Supervisor Paul Pacecco (retired),

John and Jane Does,

    Defendants.

Civ. Act. No.: 06-734-GMS

Jury Trial Requested



FILED
APR - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Motion for Default Judgment Against Defendant Warden Rafael Williams
(Pursuant to Fed. R. of Civ. Proc., Rule 55)

Comes now, Plaintiff, William Joseph Webb Jr. respectfully presenting this Motion to be heard at the Court's earliest convenience and in good cause and support the following is offered:

1. On October 30, 2007 the Honorable Court entered an order stating that Plaintiff was allowed to proceed against "Williams", "Pizzeco", "Does", and "Carr", and told Plaintiff to send in the USM-285 forms, which Plaintiff has done.

2. On December 20, 2007, at 08:30 hrs., the Defendant, "Williams" was personally served with the Complaint.

3. As of this date, said Defendant has abandoned answering or any other means of defending against the Amended Complaint filed.

4. Plaintiff has filed this Motion in good faith and has shown good cause for granting.

Relief: <u>Official Capacity</u> — <u>Compensatory damages</u> in the amount of the costs for testing of lead poisoning, and any future testing required with medical care needed to restore Plaintiff to normal health that a Dr. orders; <u>Punitive Damages</u> in the amount of $2,000,000.00.

<u>Individual Capacity</u> — <u>Compensatory damages</u> — a written

— 2 —

apology to Plaintiff for not upholding the law; and <u>Punitive Damages</u> — in the amount of $200,000.00; along with the <u>Court Costs</u> to be determined.

Therefore, Plaintiff William Joseph Webb Jr., respectfully requests an Entry of Default against Warden Rafael Williams.

Dated: <u>April 1, 2008</u>

Respectfully Submitted,

William Joseph Webb Jr.

# 256056 / 17 SHU C/2L

1181 Paddock Road

Smyrna DE 19977

## Certificate of Service

I, _William Joseph Webb Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion for Default Judgment against Defendant War. Rafael Williams_ upon the following parties/person (s):

TO: _Eileen Kelly, Esq,_
_820 N. French Street_
_Wilmington DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _1st_ day of _April_, 2008

_William Joseph Webb Jr._

I/M William Joseph Webb Jr
SBI# 236056   UNIT 17 5th C12L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk U.S. Dist. Ct. for Del.
844 King Street
Lockbox 18
Wilmington DE 19801

U.S.M.S
X-RAY