To: Clerk of the U.S. District Court for Delaware

Fr: William Joseph Webb Jr.

   # 256056 / 17 S.H.V. C12L

   1181 Paddock Road

   Smyrna, DE 19577

Re: Filing of enclosed Motions and Motion for Default Against "Williams."

Case#: 07-31-GMS    and   06-734-GMS

           April 11, 2008


Dear Clerk,

    Please docket the enclosed Motions and

notify me if the Court received My Motion for Default

Judgment Against Warden "Rafael Williams," dated April 1, 2008.

    Thank you and have a nice day.


                     Respectfully,

                     Will Joff Webb Jr.



RECEIVED
APR 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: William Joseph Webb Jr.

SBI# 00258052    UNIT 17 SHU CELL

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk of the U.S. Dist. Ct. for Delaware

844 King Street

Lock box 18

Wilmington, DE

19801





UNITED STATES POSTAGE

PITNEY BOWES

02 1A

0004608975

MAILED FROM ZIP CODE 19977

$ 01.14⁰

APR 14 2008