OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 15, 2008

TO:

**William Joseph Webb, Jr.**
SBI #256056
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  STATUS OF RECEIPT OF MOTION FOR DEFAULT (DI# 24)
       CA 06-734 GMS**

Dear Mr. Webb:

    This is in response to your letter received 4/15/08 requesting acknowledgment of receipt of the above documents. Your Motion was received and entered on the docket as DI# 24 on 4/4/08.  Please be advised that it is not the policy of this office to acknowledge receipt of pleadings or papers filed with the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                              Sincerely,

/rwc                                        PETER T. DALLEO
                                              CLERK

cc:  The Honorable Gregory M. Sleet

OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 15, 2008

TO:

**William Joseph Webb, Jr.**
SBI #256056
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE: STATUS OF RECEIPT OF MOTION FOR DEFAULT (DI# 24)**
          **CA 06-734 GMS**

Dear Mr. Webb:

    This is in response to your letter received 4/15/08 requesting acknowledgment of receipt of the above documents. Your Motion was received and entered on the docket as DI# 24 on 4/4/08. Please be advised that it is not the policy of this office to acknowledge receipt of pleadings or papers filed with the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/rwc                                       PETER T. DALLEO
                                                CLERK

cc: The Honorable Gregory M. Sleet