IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-734-GMS |
| | ) | |
| MINNER, et. al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of Defendant Raphael Williams in place of Stacey X. Stewart.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| /s/ Stacey X. Stewart<br>Stacey X. Stewart, ID#4667<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE  19801<br>(302) 577-8400 | /s/ Catherine Damavandi<br>Catherine Damavandi, ID#3823<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE  19801<br>(302) 577-8400 |

Dated: April 18, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-734-GMS |
| | ) |
| MINNER, et. al., | ) JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |

*CERTIFICATE OF SERVICE*

I hereby certify that on April 18, 2008, I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF. I further certify that on April 18, 2008, I caused the within document to be mailed by United States Postal Service to the following non-registered party:

    William J. Webb, Jr., SBI#256056
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE  19977

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Catherine Damavandi
    Catherine Damavandi, ID#3823
    Deputy Attorney General
    Department of Justice
    Carvel State Bldg., 6th Fl.,
    820 N. French Street
    Wilmington, DE  19801
    (302) 577-8400
    Catherine.Damavandi@state.de.us
    Attorney for Defendant Raphael Williams