

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**NEW CASTLE COUNTY**
**CARVEL STATE BUILDING**
**820 N. FRENCH STREET**
**WILMINGTON, DE  19801**

**CRIMINAL DIVISION (302) 577-8500**
**FAX: (302) 577-2496**
**CIVIL DIVISION (302) 577-8400**
**FAX: (302) 577-6630**
**TTY: (302) 577-5783**

**PLEASE REPLY TO:** **(302) 577-8400**

April 18, 2008

Clerk of Court
U.S. District Court, District of Delaware
844 N. King Street
Wilmington, DE  19801

      *RE:*   *Webb v. Minner,* **C.A. No. 06-734-GMS**

Dear Clerk of Court:

      I would like to bring to your attention a discrepancy in the docket of the above-referenced case. According to the entry at D.I.23, Defendant Paul Paceco was served March 23, 2008. However, upon review of the attached document, you will notice that the USM 285 form was directed to "Eileen Kelly c/o Supervisor Paul Paceco" at "820 North French Street, Wilmington DE 19801." The form was signed, because it appeared that Ms. Kelly, a deputy attorney general at the Delaware Department of Justice, was a party to the action. However, this is not the case.

      I am writing to request that a correcting entry be made in the docket, noting that service did not occur at D.I.23. There is no "Supervisor Paul Paceco" who works at 820 North French Street, and the Delaware Department of Justice will not accept service for any named defendants in this, or any other, action.

      Thank you very much.

                              Very truly yours,

                              */s/ Catherine Damavandi*
                              Deputy Attorney General, ID#3823

cc:    William J. Webb, Jr., SBI#00256056 (by U.S. Mail)