To: Clerk of the U.S. District Court for Delaware
Fr: William Joseph Webb Jr.
   # 00256056 / 17 SHU C12L
   1181 Paddock Road
   Smyrna, DE. 19977
Re: Letter from Catherine Damavandi 4/18/08 and Opposition to Default Judgment's objection.
Case #: 06-734-GMS

April 22, 2008



Ro scanned

Dear Clerk,

<u>Letter</u>: Miss Damavandi is making a mockery of Judge Sleet's courtroom, and the Court's rules. Finally, Eileen M. Kelly accepted Paul Paceco's USM-285, in 05-576-*** due to it would be a violation of the law for me to have Mr. Paceco's home address absent if he is a family member or friend.

If this is not true, then order Ms. Damavandi to provide the Plaintiff with his home address or be subject to show cause for hindering prosecution of my civil suit.

<u>Opposition to Default Judgment</u>: This is my objection to the

Court even accepting Ms. Damavandi's Opposition, she is writing novel based rules where I had 120 days from the issuance of the Court's Order, not when I filed my Amended Complaint due to the Court had to rescreen my claims and finally issued an order. Again, she is making a mockery of the Chief Judge, in which is pretty serious given the nature of her rewriting Court rules to read how she wants them to read.

Finally, the Court should strike the Answer where Counsel is the cause for the Default and again has made false statements and legal precepts.

<u>Relief</u>: Rafael Williams' entry of default and relief should be granted and sanctions with a Show Cause Order as to why Catherine Damavandi should not be referred to the Office of Disciplinary / Federal Bar Association.

Respectfully,
*[signature]*

— 2 —

# Certificate of Service

I, _William Joseph Webb Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Letter/Objection_ _____ upon the following parties/person (s):

TO: _Catherine Damavandi, Esq.,_
_820 North French Street_
_Wilmington, DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _22nd_ day of _April_, 200_8_

_William Joseph Webb Jr._

I/M William Joseph Webb Jr.
SBI# 00256352   UNIT 17 SHU/C12L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. District Court for Delaware
844 King Street
Locker Box 18
Wilmington, DE 19801