To: Clerk of the U.S. Dist. Ct. for DE

Fr: William Joseph Webb Sr.
#00256056 / 17 SHU C12L
1181 Paddock Road
Smyrna, DE 19977



Case #s: 06-734-GMS & 07-31-GMS

Re: Submission of Motions, Declaration, and Memo. of Law to be filed.

May 3, 2008

Dear Clerk,

Please find the enclosed to be docketed in the above-referenced cases.

The enclosed USM-285 form is to only be used if the Court grants the Motion for Reinstatement of "CMS" as defendant.

I still haven't received the other 2 USM-285 receipts for Sherese Carr and the former Warden in 06-734-GMS.

Respectfully,
William Joseph Webb Sr.



I/M: William Joseph Webb Jr.
SBI# 00256056  UNIT 17 SHV C12 L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. Dist. Ct. for DE
844 King Street
Lockbox 18
Wilmington, DE 19801