In The United States District Court
For The District Of Delaware

William Joseph Webb Jr.,

    Plaintiff,

v.

Governor Minner,

Et. Al.,

    Defendants.

Civ. Act. No. ; 06-734-GMS

Jury Trial Requested



RECEIVED / Filed MAY - 8 2008 / U.S DISTRICT COURT / DISTRICT OF DELAWARE

<u>Motion to Reinstate Correctional Medical Services as Defendant</u>

Comes now, Plaintiff, William Joseph Webb Jr. respectfully requesting the Court to hear this Motion at its earliest convenience, and in support, the following good cause is shown:

1. The Court earlier dismissed "CMS" as a defendant on the premise that Plaintiff didn't have no claim against them, to the Contrary, Plaintiff filed a sick call slip on August 3, 2006, and shortly after saw a Doctor who ordered the tests but "CMS" did not perform those tests being deliberate

indifferent where treatments are available for lead poisoning.

2. This request is being made in good faith.

Therefore, Plaintiff, William Joseph Webb Jr. respectfully requests that the Honorable Court grant His Motion and order the Clerk to issue the USM-285 and a copy of the Complaint to U.S. Marshal's Office for Service.

Dated: April 29, 2008

Respectfully Submitted,

William Joseph Webb Jr.

# 256056 /17 SHU C1ZL

1181 Paddock Road

Smyrna, DE 19977

— 2 —

# Certificate of Service

I, _William J. Webb Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion to Reinstate "CMS" as Defendant_ _____ upon the following parties/person (s):

TO: _Catherine Damavandi, Esq._
_820 North French Street_
_Wilmington, DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _3rd_ day of _May_, 2008

_William J. Webb Jr._