### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-734-GMS |
| | ) |
| MINNER, et. al., | ) JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |

### 1st SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

Defendant Raphael Williams hereby requests Plaintiff fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the Plaintiff, his attorney(s) and their agents and employees.

## INTERROGATORIES

1.  Identify by name, address, and telephone number all persons with knowledge of the facts as to each allegation as set out in your complaint(s) and identify those persons that have been interviewed on your behalf and as to the interview, state: the date, the location, the subject matter and any documents discussed, identified or provided by that person.

Answer:

2. For each allegation you are presenting in this matter, state with particularity and specificity (please provide the complete details including dates, times, and locations) the complete factual basis for each allegation and identify all persons having knowledge as well as each and all documents or other items of evidence in your possession that relate to each claim.

<u>Answer</u>:

3. Identify with specificity the injuries that you have sustained as a result of the claims made in this action. List in chronological order all health care providers (e.g. doctors, dentists, physicians, surgeons, therapists, etc.) that have diagnosed, treated and examined you for these injuries and identify the corresponding medical records that were generated as a result of your treatment.

Answer:

4.	Identify all of your medical conditions and treatments for the past ten (10) years.  List in chronological order all health care providers (e.g. doctors, dentists, physicians, surgeons, psychiatrists, therapists, etc.) that have diagnosed, treated and examined you for these conditions and identify the corresponding medical records that were generated as a result of your treatments.

Answer:

5. Identify by name, address, phone number, location, date and persons present, all individuals, including inmates, with whom you spoke to in connection with this matter. State whether any documents or memoranda were prepared relating to these discussions. This includes, but is not limited to, all assistance provided by or to any inmate in this litigation and *Seawright and Woods v. Taylor*, C.A. No. 05-576.

Answer:

6. State and describe with particularity all incidents of lead exposure that you were subjected to and lead soldering that you witnessed while incarcerated by the Delaware Department of Correction. Include the time, date, and location of the incidents, the name(s), addresses and telephone numbers of the persons present or who have knowledge of the acts, and the grievances that you filed as a result of these incidents.

Answer:

7. List in chronological order the names of all your employers (legal or otherwise), location of the job, salary, position or duties of position and inclusive periods of such employment to the present time.

<u>Answer:</u>

8. List in chronological order all of your formal education. Please include the name and address of each educational institution or school, the dates of your attendance and the degree(s) awarded.

<u>Answer:</u>

                    STATE OF DELAWARE
                    DEPARTMENT OF JUSTICE

                    <u>/s/ Catherine Damavandi</u>
                    Catherine Damavandi (#3823)
                    Deputy Attorney General
                    820 North French Street, 6th Floor
                    Wilmington, DE 19801
                    (302) 577-8400
                    Attorney for Raphael Williams

DATED: May 14, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-734-GMS |
| ) | |
| MINNER, et. al., ) | JURY TRIAL REQUESTED |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008 I electronically filed *Defendant Raphael Williams' First Set of Interrogatories Directed to Plaintiff* with the Clerk of Court using CM/ECF. I further certify that on May 14, 2008, I caused the within document to be mailed to the following non-registered participant by United States Postal Service:

>William J. Webb, Jr., SBI#256056
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE  19977

>/s/ Catherine Damavandi
>Deputy Attorney General, ID #3823
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801
>(302) 577-8400
>Catherine.Damavandi@state.de.us
>Attorney for Defendant Raphael Williams