IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-734-GMS |
| | ) | |
| MINNER, et. al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**1st REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF**

Defendant Raphael Williams hereby requests that Plaintiff produce at Defendant Williams' attorney's office for the purpose of inspection and copying, all of the following documents or evidence within 30 days pursuant to Fed.R.Civ.P. 34. These requests for production are continuing and the items requested must be kept current by supplementation.

As used in this request for production, "you" or "yours" means and refers to plaintiff, his attorney(s) and their agents and employees.

Defendant Williams requests Plaintiff produce complete originals of the following:

1. Any and all documents and tangible things referred to in Plaintiff's complaints in this matter.

2. Any and all documents and tangible things identified or that should be identified in response to Defendant Williams' interrogatories.

3. Any and all reports, including drafts, by an expert retained by Plaintiff in connection with this matter as well as his or her current qualifications, and any documents supplied or reviewed by that individual.

4. Any and all statements, in writing or oral, by any party or witness, in any form, relating to the incidents that form the basis of this lawsuit.

5. Any and all videotapes, audiotapes, or photographs taken by you that refers or relates to any claim or defense in the present matter.

6. Any and all medical records or reports regarding the examination or treatment of Plaintiff.

7. Any and all documents or physical evidence that supports any claim of Plaintiff for damages of any nature.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Deputy Attorney General, ID #3823
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Catherine.Damavandi@state.de.us

DATED: May 14, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-734-GMS |
| | ) | |
| MINNER, et. al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008, I electronically filed *Defendant Raphael Williams' 1st Request for Production* with the Clerk of Court using CM/ECF. I further certify that on May 14, 2008, I caused the within document to be mailed to the following non-registered participant by United States Postal Service:

> William J. Webb, Jr., SBI#256056
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> /s/ Catherine Damavandi
> Deputy Attorney General, ID #3823
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> Catherine.Damavandi@state.de.us
> Attorney for Defendant Raphael Williams