# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-734-GMS |
| | ) | |
| MINNER, et. al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### DEFENDANT RAPHAEL WILLIAMS' MOTION
### FOR LEAVE TO DEPOSE PLAINTIFF

Defendant Raphael Williams, by and through their undersigned counsel, respectfully requests this Honorable Court to enter an Order granting Defendant's counsel the right to depose Plaintiff William Joseph Webb, Jr. ("Plaintiff Webb"), an incarcerated individual.  In support thereof, counsel submits as follows:

1.    Plaintiff Webb is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2.    Counsel for the Defendant wishes to depose Plaintiff Webb as part of discovery in this case.  No discovery deadline has been set.

3.    Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

4.    A form of order is attached to this Motion that grants Defendant's counsel the right to depose Plaintiff Webb.

WHEREFORE, Defendant Raphael Williams respectfully requests that this Honorable Court grant this Motion for Leave to Depose Plaintiff William J. Webb, Jr.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ *Catherine Damavandi*
Deputy Attorney General, ID #3823
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Catherine.Damavandi@state.de.us
Attorney for Defendant Raphael Williams

DATE: May 14, 2008

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

WILLIAM JOSEPH WEBB, JR.,    )
                                          )
                Plaintiff,       )
                                            )
        v.                  )     C. A. No. 06-734-GMS
                                            )
MINNER, et. al.,               )     JURY TRIAL REQUESTED
                                          )
            Defendants.     )

## 7.1.1 CERTIFICATE OF COUNSEL

The undersigned counsel hereby certify, pursuant to Local Rule 7.1.1, that:

1.  Plaintiff William J. Webb, Jr. is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendant's Motion for Leave to Depose Plaintiff.

2.  Therefore, the undersigned counsel assumes that the Motion is opposed.


STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_/s/ Catherine Damavandi_
Deputy Attorney General, ID #3823
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Catherine.Damavandi@state.de.us
Attorney for Defendant Raphael Williams


DATE: May 14, 2008

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-734-GMS |
| | ) | |
| MINNER, et. al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I electronically filed *Defendant's Motion For Leave to Depose Plaintiff William J. Webb, Jr.* with the Clerk of Court using CM/ECF.  I further certify that on May 14, 2008, I caused the within document to be mailed by United States Postal Service to the following non-registered party:

> William Joseph Webb, Jr.
> SBI #256056
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE  19977

> /s/ *Catherine Damavandi*
> Deputy Attorney General, ID #3823
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> Catherine.Damavandi@state.de.us
> Attorney for Defendant Raphael Williams

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

WILLIAM JOSEPH WEBB, JR.,    )
                      )
         Plaintiff,      )
                      )
        v.            )     C. A. No. 06-734-GMS
                      )
MINNER, et. al.,          )     JURY TRIAL REQUESTED
                      )
        Defendants.    )

## <u>ORDER</u>

This _____ day of _____, 2008,

**WHEREAS,** Defendant having requested leave to depose Plaintiff William J. Webb, Jr. pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendant's Motion for Leave to Depose Plaintiff shall be granted and Defendant shall have the right to depose Plaintiff William J. Webb, Jr.

 

 

_____
The Honorable Gregory M. Sleet
Chief Judge, U.S. District Court