IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-734-GMS |
| | ) | |
| MINNER, et. al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**1st SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**

Defendant Raphael Williams hereby requests Plaintiff fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33. These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the Plaintiff, his attorney(s) and their agents and employees.



FILED

JUN -2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INTERROGATORIES

1.    Identify by name, address, and telephone number all persons with knowledge of the facts as to each allegation as set out in your complaint(s) and identify those persons that have been interviewed on your behalf and as to the interview, state: the date, the location, the subject matter and any documents discussed, identified or provided by that person.

Answer:

Governor Minner — you have

Stan Taylor — you have

Daniel M. Woods — you have → During the time between April – September 2006, I was informed that I was exposed to lead poisoning by Mr. Woods and requested to be put on Civ. Act. No. 05-576-***. After the denial, I filed my own complaint within the 2 year period of the Statute of limitations, where if I would have never met Mr. Woods I would have never known.

Everybody who has knowledge: of/regarding the letters sent by Daniel M. Woods and myself, with which your office has copies of via 05-576-***

-2-

2. For each allegation you are presenting in this matter, state with particularity and specificity (please provide the complete details including dates, times, and locations) the complete factual basis for each allegation and identify all persons having knowledge as well as each and all documents or other items of evidence in your possession that relate to each claim.

Answer: Reserve the right to supplement this answer at a later time, this is not in any way, shape, or form an entertainment to evade the question or supply an answer.

3. Identify with specificity the injuries that you have sustained as a result of the claims made in this action. List in chronological order all health care providers (e.g. doctors, dentists, physicians, surgeons, therapists, etc.) that have diagnosed, treated and examined you for these injuries and identify the corresponding medical records that were generated as a result of your treatment.

Answer: Can't due to I never knew I was suffering from the effects of lead poisoning until I knew it and had to do a self analysis of the effects and behaviors from 1958 until now which I can clearly see. Also, I have been denied medical treatment via deliberate indifference from C.M.S. which is also a part of this litigation.

4.  Identify all of your medical conditions and treatments for the past ten (10) years. List in chronological order all health care providers (e.g. doctors, dentists, physicians, surgeons, psychiatrists, therapists, etc.) that have diagnosed, treated and examined you for these conditions and identify the corresponding medical records that were generated as a result of your treatments.

Answer: Can't, due to I have been treated with deliberate indifference from medical providers for almost the past 9 yrs, and I didn't know to tell a doctor about the lead poisoning which is now a part of this litigation.

5.   Identify by name, address, phone number, location, date and persons present, all individuals, including inmates, with whom you spoke to in connection with this matter. State whether any documents or memoranda were prepared relating to these discussions. This includes, but is not limited to, all assistance provided by or to any inmate in this litigation and *Seawright and Woods v. Taylor*, C.A. No. 05-576.

Answer:

As to 05-576, I wrote letters and prepared a few motions for Mr. Woods, I have had no contact or never or possibly never met Mr. Seawright.

As to this litigation, Thomas Mathena P.O. Box 500 Georgetown, DE

Elizabeth Webb
34 Herbert Drive
New Castle, DE 19720

James Runyon 1181 Paddock Road Smyrna, DE 19977

Joseph King 1181 Paddock Road Smyrna, DE 19977

Governor Minner, Carl Danberg, Stan Taylor, Atty. Gen. Joseph R. Biden III, and other various officials as stated in the complaint.

I reserve the right to supplement other names at a later date, this is no way, shape, or form an ~~after~~ attempt to evade this answer to this question.

6

6.   State and describe with particularity all incidents of lead exposure that you were subjected to and lead soldering that you witnessed while incarcerated by the Delaware Department of Correction. Include the time, date, and location of the incidents, the name(s), addresses and telephone numbers of the persons present or who have knowledge of the acts, and the grievances that you filed as a result of these incidents.

Answer:

From March 1997 until almost/or after January 1998 while housed in Dormitory 1 at the former Gander Hill Prison. Did not know until 2006, which eliminates the need to file a grievance; also Mr. Woods filed a grievance in which officials stated that it was out of the 7-day period, in my case the proper remedy was the letters I wrote.

7. List in chronological order the names of all your employers (legal or otherwise), location of the job, salary, position or duties of position and inclusive periods of such employment to the present time.

Answer: You have this in your possession; with the exception of

New Castle Lawn Service
33 University Avenue
New Castle, DE 19720

From the earliest age of 8 or 9 until 18, and until 1996 on and off.

Do all performances of landscaping, gardening, tree removal/trim, various use of large equipment, repair driveways/sidewalks, various house maintenance and some housekeeping while owners were on vacation, also take care of and repair parking lots.

Salary varied from the better memory of $5.00 and per hr. to indepent job stats.

8. List in chronological order all of your formal education. Please include the name and address of each educational institution or school, the dates of your attendance and the degree(s) awarded.

Answer:

Kindergarden to 3'd Grade New Castle Baptist Church Basin Road New Castle, DE 19720
1972-1981

4th and 5th Grade Colwyck Elementary Landers Lane New Castle, DE, 19720
1981-1983

6th - 8th Grade George Read Middle School Basin Road New Castle, DE 19720
1983-1986

9th - 12th Grade William Penn High School Basin Road New Castle, DE 19720
1986-1990 Diploma

As to the rest, you have them in your possession.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi (#3823)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Raphael Williams

DATED: May 14, 2008

I, William Joseph Webb Jr. declare under the penalty of perjury that the foregoing facts are true to the best of my knowledge.

Dated: May 29, 2008

William Joseph Webb Jr.

## Certificate of Service

I, _William J. Webb Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Answer to Interrogatories_ _____ upon the following parties/person (s):

TO: _Catherine Damavandi, Esq._
_820 North French Street_
_Wilmington, DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _29th_ day of _May_, 2008

_William J. Webb Jr._

I/M William Joseph Webb Sr.
SBI# 00258656  UNIT 12 SHU Cell
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. Dist. Ct. for Delaware
844 King Street
Lockbox 18
Wilmington DE
19801




U.S.M.S.
X-RAY

$00.76°
MAY 31 2008
MAILED FROM ZIPCODE 19977