To: Clerk of the U.S. Dist. Ct. for DE
Fr: William Joseph Webb Jr.
   # 256056 / Pod 2-228
   C.U.O.P. — P.O. Box 5003
   Smyrna, DE 19977
Re: Change of Address.
Case #s: 06-734-GMS and 07-31-GMS.

July 7, 2008

Dear Clerk,

Please note the above-referenced address change to send orders and any Court appearances.

Thank you and have a nice day.

Respectfully,
Will Joseph Webb Jr.

FILED
JUL 09 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M William Joseph Webb Jr
SBI# 256056   UNIT 2-228
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

WILMINGTON DE 197

Clerk of the U.S. Dist. Ct. for DE
844 King Street
Lockbox 18
Wilmington, DE 19801

"Legal Mail"