CA 06-734 GMS
CA 07-31 GMS

July 19, 2008

To whom it may concern:

William J Webb Jr has a new change of address:

William J. Webb Jr.
SBI ~~10250~~ 00256054   Unit 4-424
Central VOP
P.O. Box 5003
Smyrna, DE 19977-5003

Sincerely,
Miss Elizabeth P. Webb
sister

Old address
DOC
1181 Paddock Road
Smyrna, DE 19977



FILED
JUL 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CC: Betty

